**Joe Koritkowski, by Marion Koritkowski, appellee, v. Chicago, Milwaukee & St. Paul Railway Company et al., appellants.    Gen. No. 6,596.**

Action by 7-year-old boy to recover for injuries sustained on being caught and dragged by a passing train.    Judgment for plaintiff. Appeal from the Circuit Court of Rock Island county; the Hon. William T. Church, Judge, presiding.    Heard in this court at the October term, 1918.    Affirmed.    Opinion filed February 8, 1919.

Carl S. Jefferson and Charles S. Roberts, for appellants; H. H. Field, of counsel.    C. J. Searle and S. R. Kenworthy, for appellee.

Mr. Justice Carnes delivered the opinion of the court.

---

**Giles S. Farmer, trustee, et al., appellees, v. Mary E. Fowler and Frank T. Fowler, appellants.    Gen. No. 6,609.**

Appeal from the Circuit Court of Lake county; the Hon. Robert K. Welsh, Judge, presiding.    Heard in this court at the October term, 1918.    Affirmed for reasons given in Farmer v. Fowler, Gen. No. 6,608, *ante*, p. 581.    Opinion filed February 8, 1919.    Dibell, P. J., dissenting.

S. H. Block, for appellants; E. V. Orvis, of counsel.    W. C. Upton and Cooke, Pope & Pope, for appellees.

Mr. Justice Carnes delivered the opinion of the court.

---

**Roy E. Keye, by Edward Keye, appellee, v. James D. Roszell, trading as Roszell Ice Cream Company, appellant.    Gen. No. 6,615.**

Action to recover for injuries to boy sustained while hitching on a motor truck.    Judgment for plaintiff.    Appeal from the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the October term, 1918.    Reversed.    Opinion filed February 8, 1919.    Niehaus, J., took no part.

McRoberts & Morgan, for appellant.    Charles S. Stubbles and Elmer J. Slough, for appellee.

Mr. Justice Carnes delivered the opinion of the court.

---

**Sears, Roebuck & Company, appellee, v. O. B. Englisch, appellant. Gen. No. 6,623.**

Action to recover for goods sold and delivered.    Judgment for plaintiff.    Appeal from the County Court of Kankakee county; the Hon. Jay H. Merrill, Judge, presiding.    Heard in this court at the October term, 1918.    Reversed with finding of fact.    Opinion filed February 8, 1919.

H. H. Whittemore and Lewis, Fox, Blumberg & Adelsdorf, for appellant.    John H. Beckers, for appellee.

Mr. Justice Carnes delivered the opinion of the court.